United States District Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA MARGARITA CORDON § | |
| § | |
| VS § | CIVIL ACTION NO. H: 22-3836 |
| § | |
| UNITED STATES SMALL BUSINESS § | |
| ADMINISTRATION, *et al* | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendants' Motion for Extension of Time, Motion for Entry of Order, and Motion to Dismiss (Doc. Nos. 41, 43, 48); Plaintiff's first Motion for Joint Discovery/Case Management Plan, Motion for Permanent Injunction, and second Motion for Joint Discovery/Case Management Plan (Doc. Nos. 52, 53, 54, 58); and, Judge Sheldon's Memorandum and Recommendation (Doc. No. 63) that the Court grant without prejudice Defendants' Motion to Dismiss, grant the Defendants' Motion to Dismiss and deny as moot all other pending motions. The Plaintiff's has filed Objection (Doc. No. 64) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that Plaintiff has failed to state a claim as to any of the Defendants upon which relief can be granted. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No.64) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 63) is **ADOPTED**; Defendants' Motion to Dismiss (Doc. No. 48) is **GRANTED**; and all other pending motions are **DENIED as MOOT**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this ___28th___ day of July 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE